UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HARRY HAINING ZHANG,

                              **Plaintiff,**                         14-CV-06945 (CM)(SN)

        -against-                                                    **ORDER**

KON KI LO, et al.,

                              **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 3, 2022, the Hon. Colleen McMahon referred this case to my docket for a traverse hearing on the issue of service and personal jurisdiction. ECF No. 46. A call is scheduled for February 18, 2022, at 1:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     New York, New York
                  February 10, 2022