UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**HARRY HAINING ZHANG,**

                **Plaintiff,**    14-CV-06945 (CM)(SN)

    -against-    **ORDER**

**KON KI LO, et al.,**

                **Defendants.**
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 18, 2022, the Court held a call to discuss resolution of the issue of service and personal jurisdiction relating to the remaining defendants. Upon further review of Judge McMahon's May 5, 2020 Order, a hearing will first be held at which Xin Shi, the process server who swore out the proofs of service for the 2014 service on HKCMCPA Company Limited and John Ka Siu Tang, shall testify under oath. ECF No. 42 at 20. Only after the Court has evaluated the issue of service will the Court consider further briefing on the issue of personal jurisdiction.

       Accordingly, Xin Shi is ORDERED to appear at the U.S. Courthouse, 40 Foley Square, New York, New York, in Courtroom 219 on Wednesday, April 06, 2022, at 10:00 a.m. Xin Shi shall submit to questioning by the Court and pro se plaintiff Harry Haining Zhang. To the extent Xin Shi does not speak English, plaintiff must provide a certified interpreter. In addition, plaintiff may introduce documents supporting his claim that service was properly effected under the law. Plaintiff is urged to review Judge McMahon's Order with particular focus on pages 12-20.

Plaintiff may benefit from the assistance of counsel. Accordingly, he is encouraged to contact the NYLAG Legal Clinic by calling 212-659-6190.

The U.S. District Court for the Southern District of New York has implemented numerous protocols to protect the health and safety of any person entering the Courthouse from the risk of COVID. Plaintiff and Xin Shi are directed to the Court's website for the most up-to-date requirements before entry and they shall confirm on Monday, April 04, 2022, that they understand the requirements and can meet them. Confirmation should be by email at [Netburn_NYSDChambers@nysd.uscourts.gov](mailto:Netburn_NYSDChambers@nysd.uscourts.gov).

If plaintiff or Xin Shi are unavailable on the date of the hearing, plaintiff must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         February 18, 2022