UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HARRY HAINING ZHANG,

                     **Plaintiff,**                                   14-CV-06945 (CM)(SN)

   -against-                                                  **ORDER**

KON KI LO, et al.,

                     **Defendants.**
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The hearing previously scheduled for Wednesday, April 6, 2022, is RESCHEDULED for Wednesday, April 27, 2022, at 10:00 a.m.

      Accordingly, Xin Shi is ORDERED to appear at the U.S. Courthouse, 40 Foley Square, New York, New York, in Courtroom 219 on Wednesday, April 27, 2022, at 10:00 a.m. Xin Shi shall submit to questioning by the Court and pro se plaintiff Harry Haining Zhang. To the extent Xin Shi does not speak English, plaintiff must provide a certified interpreter. In addition, plaintiff may introduce documents supporting his claim that service was properly effected under the law. Plaintiff is urged to review Judge McMahon's Order with particular focus on pages 12-20.

      The U.S. District Court for the Southern District of New York has implemented numerous protocols to protect the health and safety of any person entering the Courthouse from the risk of COVID. Plaintiff and Xin Shi are directed to the Court's website for the most up-to-date requirements before entry and they shall confirm on Monday, April 25, 2022, that they

understand the requirements and can meet them. Confirmation should be by email at

Netburn_NYSDChambers@nysd.uscourts.gov.

If plaintiff or Xin Shi are unavailable on the date of the hearing, plaintiff must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         April 5, 2022