UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HARRY HAINING ZHANG,

                    **Plaintiff,**                    14-CV-06945 (CM)(SN)

      -against-                              **ORDER**

**KON KI LO, et al.,**

                    **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 27, 2022, a traverse hearing on the issues of service and personal jurisdiction was held. See ECF Nos. 42, 48, & 49. By May 11, 2022, Plaintiff is ordered to file either: (a) a letter stating that he is withdrawing his claims against the remaining defendants; or (b) a copy of the receipts provided by process server Xin Shi at the hearing, printouts of searches of the tracking numbers performed on the U.S. Postal Service web site showing the addresses the mailings were sent to and confirming receipt, and an affidavit containing any additional facts sufficient to establish that this Court has specific jurisdiction over Defendants HKCMCPA Company Limited and Johnny Ka Siu Tang.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       New York, New York
                April 27, 2022